```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

EDWARD LONGOBARDI, ET AL.   §
                            §
VS.                         §      ACTION NO. 4:24-CV-0082-Y
                            §
AMERICAN AIRLINES GROUP     §
                            §

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby **DISMISSED with prejudice** to their refiling.  All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring them.

SIGNED May 5, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE